379 A.2d 614

Commonwealth v. Tunnell, Appellant.

Submitted December 22, 1976. Calvin S. Drayer, Jr., and Joseph R. D'Annunzio, Assistant Public Defenders, for appellant; Robert A. Selig and Eric J. Cox, Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.